**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus GUZMAN–REYES, Defendant–**
**Appellant.**

**No. 01–10499.**

**D.C. No. CR–00–01483–JMR.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 19, 2003.

---

Before RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM**

Jesus Guzman–Reyes appeals his conviction and sixty-month sentence following a guilty-plea conviction for one count of illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a), with an enhancement pursuant to 8 U.S.C. § 1326(b)(2). Guzman–Reyes' attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Guzman–Reyes has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no other issues requiring further review. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.